IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| PLAINTIFF, | : |
| v. | : CIVIL ACTION NO. 2:05CV525-F |
| TWENTY-FIVE FIREARMS AND VARIOUS AMMUNITION, | : |
| DEFENDANT. | : |

## WARRANT OF ARREST IN REM

TO: THE BUREAU OF ALCOHOL TOBACCO, FIREARMS AND EXPLOSIVES.

WHEREAS, a Verified Complaint for Forfeiture In Rem has been filed in the United States District Court for the Middle District of Alabama alleging that the Defendant firearms and ammunition ("Defendants") were in the possession of a person convicted of a domestic violence offense in violation of Title 18, United States Code, Section 922(g)(9) and are subject to forfeiture to the United States under Title 18, United States Code, Section 924(d)(1);

And, the Court being satisfied that based on the Verified Complaint for Forfeiture In Rem there is probable cause to believe that the Defendants so described were so used or intended for such use, and that grounds for application for issuance of a warrant exist, title having vested in the United States of America by operation of law;

YOU ARE THEREFORE HEREBY COMMANDED to arrest and seize the Defendants, which are described as:

1. 1 Each (45 CALIBER) Winchester-Western Rounds (7 ROUNDS);

2. SIG SAUER P230SL Handgun, SN: S065691;

3. 1 Each (380 CALIBER) UNKNOWN Rounds (15 ROUNDS);

4. LUGER, Model P08 9mm Pistol, SN: KU3315;

5. 1 Each (9 CALIBER) UNKNOWN Rounds (8 ROUNDS);

6. SPRINGFIELD ARMORY, GENESEO, IL, (30-06 CALIBER) M-1 Rifle, SN: 5308186;

7. Enfield SMLE III, (30-30 CALIBER) Rifle, SN: H0035;

8. MAUSER, Model 98 Rifle, SN: 16228;

9. MAUSER, Model P38 Handgun, SN: 4203B;

10. ARIZAGA, EUSEBIO, Model 99 Rifle, SN: 39468;

11. UNKNOWN MANUFACTURER, Model 1891 Rifle, SN: 01840;

12. MOSIN-NAGANT M- 91/30 (7.62 CALIBER) Rifle, SN: 9130-0575;

13. SPRINGFIELD ARMORY, Model M-1911A1, .45 CALIBER Handgun, SN: N367423;

14. 1 Each (45 CALIBER) American Ammunition Rounds (7 ROUNDS);

15. SPRINGFIELD ARMORY, GENESEO, IL, Model M-1911A1 Handgun, SN: N382417;

16. 1 Each (45 CALIBER) Federal Rounds (9 ROUNDS);

17. REMINGTON ARMS CO., Model 870 Shotgun, SN: B518476M;

18. 1 Each (12 CALIBER) Remington Rounds (5 ROUNDS);

19. REMINGTON ARMS CO., Model 700 Rifle, SN: E6331102;

20. ARSENAL CO. OF BULGARIA, Model SLR-95, (762 CALIBER) Rifle, SN: AE370546;

21. 1 Each (762 CALIBER) UNKNOWN Rounds (27 ROUNDS);

22. Other Firearms Parts, SN:NONE; One 7x62 Caliber Magazine;

23. ARIZAGA, GASPAR, Model 38 Rifle, SN: 1284676;

24. MOSIN-NAGANT, Model M-39, (762 CALIBER) Rifle, SN: 86432/26274;

25. MAUSER, Model M-38 Rifle, SN: 704877;

26. REMINGTON ARMS CO. Model 1903 A3 (30-06 CALIBER) Rifle, SN: 4120853;

27. UNKNOWN MANUFACTURER M1 Carbine Rifle, SN: 7160060;

28. 1 Each (30 CALIBER) UNKNOWN Rounds (44 ROUNDS);

29. Other Firearm Parts, One magazine .30 CALIBER;

30. Enfield, Model 1917, (30-06 CALIBER) Rifle, SN: 16788;

31. 1 Each (8 CALIBER) UNKNOWN Rounds (5 ROUNDS);

32. MAUSER, Model M-48 (8 CALIBER) Rifle, SN: A14119;

33. MOSIN-NAGANT, Model M-91/30 (762 CALIBER) Rifle, SN: 4K175;

34. SPRINGFIELD ARMORY, GENESEO, IL M1A Rifle, SN: 165451;

35. NORTH CHINA INDUSTRIES SKS Rifle, SN: 1705023;

36. NORTH CHINA INDUSTRIES, Model SKS (762 CALIBER) Rifle, SN: H9483;

37. 1 Each (762 CALIBER) UNKNOWN Rounds (31 ROUNDS);

38. Other Firearm Parts, One 223 Caliber Magazine SN: NONE; and,

39. 1 Each (357 CALIBER) UNKNOWN Rounds (15 ROUNDS),

3

and detain the same in your custody until further Order of this Court;

YOU ARE FURTHER COMMANDED TO PUBLISH in the <u>Montgomery Independant</u> notice to all persons of this action and the procedures to be followed for making a claim as described in this warrant; You are further authorized in the exercise of your discretion to publish such notice in additional newspapers as you deem necessary.

IT IS FURTHER ORDERED that you shall serve upon all persons known or thought to have an interest in or right against the Defendants a copy of this warrant and summons and the verified complaint <u>in rem</u> in a manner consistent with the principles of service of process of an action <u>in rem</u> under the Supplemental Rules For Certain Admiralty and Maritime Claims, Federal Rules of Civil Procedure; and,

All persons claiming an interest in the Defendants shall file their claims within thirty (30) days after the execution of the warrant or notice of this seizure, whichever occurs first, pursuant to Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims, and shall serve and file their answers within twenty (20) days after the filing of the claim with the Office of the Clerk, United States District Court, Middle District of Alabama, Montgomery, Alabama, with a copy thereof sent to:

4

> John T. Harmon
> Assistant United States Attorney
> Office of the United States Attorney
> Middle District of Alabama
> One Court Square Suite 201 (36104)
> Post Office Box 197
> Montgomery, Alabama 36101-0197
> (334) 223-7280.

Additional procedures and regulations regarding this forfeiture action are found at Title 19, United States Code, Sections 1602-1619, and Title 21, Code of Federal Regulations (C.F.R.) §§ 1316.71-1316.81. All persons and entities who have an interest in the Defendants may, in addition to filing a claim or in lieu of the filing of a claim, submit a Petition for Remission or Mitigation of the forfeiture for a non-judicial determination of this action pursuant to 28 C.F.R. Part 9.

Done this the 8th day of June, 2005.

_____
UNITED STATES DISTRICT JUDGE