IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:05cv525-F |
| ) | |
| TWENTY-FIVE FIREARMS AND ) | |
| VARIOUS AMMUNITION, ) | |
| ) | |
| Defendant. ) | |

## **O R D E R**

It is hereby ORDERED that, pursuant to 28 U.S.C. § 636(b)(1), this case is referred to Magistrate Judge Delores Boyd for all pretrial proceedings and entry of any orders or recommendations as may be appropriate.

DONE this 14th day of June, 2005.


          /s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE



_____
CHIEF UNITED STATES DISTRICT JUDGE