ASSET LIST

1. 1 Each (45 CALIBER) Winchester-Western Rounds (7 ROUNDS);

2. SIG SAUER P230SL Handgun, SN: S065691;

3. 1 Each (380 CALIBER) UNKNOWN Rounds (15 ROUNDS);

4. LUGER, Model P08 9mm Pistol, SN: KU3315;

5. 1 Each (9 CALIBER) UNKNOWN Rounds (8 ROUNDS);

6. SPRINGFIELD ARMORY, GENESEO, IL, (30-06 CALIBER) M-1 Rifle, SN: 5308186;

7. Enfield SMLE III, (30-30 CALIBER) Rifle, SN: H0035;

8. MAUSER, Model 98 Rifle, SN: 16228;

9. MAUSER, Model P38 Handgun, SN: 4203B;

10. ARIZAGA, EUSEBIO, Model 99 Rifle, SN: 39468;

11. UNKNOWN MANUFACTURER, Model 1891 Rifle, SN: 01840;

12. MOSIN-NAGANT M- 91/30 (7.62 CALIBER) Rifle, SN: 9130-0575;

13. SPRINGFIELD ARMORY, Model M-1911A1, .45 CALIBER Handgun, SN: N367423;

14. 1 Each (45 CALIBER) American Ammunition Rounds (7 ROUNDS);

15. SPRINGFIELD ARMORY, GENESEO, IL, Model M-1911A1 Handgun, SN: N382417;

16. 1 Each (45 CALIBER) Federal Rounds (9 ROUNDS);

17. REMINGTON ARMS CO., Model 870 Shotgun, SN: B518476M;

18. 1 Each (12 CALIBER) Remington Rounds (5 ROUNDS);

19. REMINGTON ARMS CO., Model 700 Rifle, SN: E6331102;

20. ARSENAL CO. OF BULGARIA, Model SLR-95, (762 CALIBER) Rifle, SN: AE370546;

21. 1 Each (762 CALIBER) UNKNOWN Rounds (27 ROUNDS);

22. Other Firearms Parts, SN:NONE; One 7x62 Caliber Magazine;

23. ARIZAGA, GASPAR, Model 38 Rifle, SN: 1284676;

24. MOSIN-NAGANT, Model M-39, (762 CALIBER) Rifle, SN: 86432/26274;

25. MAUSER, Model M-38 Rifle, SN: 704877;

26. REMINGTON ARMS CO. Model 1903 A3 (30-06 CALIBER) Rifle, SN: 4120853;

27. UNKNOWN MANUFACTURER M1 Carbine Rifle, SN: 7160060;

28. 1 Each (30 CALIBER) UNKNOWN Rounds (44 ROUNDS);

29. Other Firearm Parts, One magazine .30 CALIBER;

30. Enfield, Model 1917, (30-06 CALIBER) Rifle, SN: 16788;

31. 1 Each (8 CALIBER) UNKNOWN Rounds (5 ROUNDS);

32. MAUSER, Model M-48 (8 CALIBER) Rifle, SN: A14119;

33. MOSIN-NAGANT, Model M-91/30 (762 CALIBER) Rifle, SN: 4K175;

34. SPRINGFIELD ARMORY, GENESEO, IL M1A Rifle, SN: 165451;

35. NORTH CHINA INDUSTRIES SKS Rifle, SN: 1705023;

36. NORTH CHINA INDUSTRIES, Model SKS (762 CALIBER) Rifle, SN: H9483;

37. 1 Each (762 CALIBER) UNKNOWN Rounds (31 ROUNDS);

38. Other Firearm Parts, One 223 Caliber Magazine SN: NONE; and,

39. 1 Each (357 CALIBER) UNKNOWN Rounds (15 ROUNDS).