Tim Scott
1004 South Bell Street - Apt #2
Dothan, AL 36301
334-322-0437

RECEIVED
2005 SEP -9 A 9:02

2 September 2005

Federal Court House
Attn: Office of Clerk
P.O. Box 711
Montgomery, AL 36101


Re: Forfeiture of Firearms
Civil Action No. 205CV 525-F
Agency Case Number: 776045-05-0074
Seizure Number: 776045-05-0074-01


Dear: Sirs

I object to the forfeiture and hereby request a trial.


Sincerely,

Tim Scott


Cc: John T. Harmon
    Assistant United States Attorney
    Office of the United States Attorney
    Middle District of Alabama
    P.O. Box 197
    Montgomery, AL 36101-0197