# The Montgomery Independent

1810 West 5th Street
Montgomery, AL 36106
Phone: (334) 265-7323
Fax: (334) 265-7320

# Invoice

| DATE | INVOICE # |
|---|---|
| 9/15/2005 | 0805-105 |

**BILL TO**

0872-Bureau of Alcohol, Tobacco Firearms &
Asset Forfeiture & Seized property Branch
650 Massachusetts Avenue, NW, Ste. 680
Washington, DC 20226


RECEIVED SEP 2 2 2005

| ACCOUNT | DUE DATE | REP |
|---|---|---|
| 0872 | 9/15/2005 | JAM |

| SIZE | DESCRIPTION | # TIMES RAN | RATE | END RUN DA... | AMOUNT |
|---|---|---|---|---|---|
| Legal | Notice of Arrest & Seizure Civil Action No. 2:05CV525-F | 3 | 182.00 | 9/8/2005 | 546.00 |

APPROVED FOR PAYMENT
Case #: 7760405-05-0074
Date: 10/19/05
Name: Angela Daly
Signature:

**Total** $546.00

ROBERT MARTIN, BEING SWORN, SAYS HE IS THE PUBLISHER AND OWNER OF RAM PUBLICATIONS d/b/a THE MONTGOMERY INDEPENDENT, A WEEKLY NEWSPAPER OF GENERAL CIRCULATION, PRINTED AND PUBLISHED IN THE CITY AND COUNTY OF MONTGOMERY, ALABAMA AND THAT THE ATTACHED NOTICE APPEARED IN THE ISSUES OF: 8/25, 9/1 & 8
OF THE MONTGOMERY INDEPENDENT,
SWORN TO AND SUBSCRIBED BEFORE ME THIS THE 15th DAY OF Sept., 2005.

_____ MY COMMISSION EXPIRES: 02/26/2006.