IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

UNITED STATES OF AMERICA,
PLAINTIFF,
v.
TWENTY-FIVE FIREARMS AND VARIOUS AMMUNITION, DEFENDANT.
CIVIL ACTION NO. 2:05CV525-F

## NOTICE OF ARREST AND SEIZURE

Notice is hereby given that the United States of America has filed a Complaint for r:'orfeiture In Rem and the Court has issued Warrant of Arrest In Rem for the forfeiture of the Defendants, which was seized from Timothy Craig Scott on January 19, 2005, in Wetumpka, Alabama.

The Defendants being more particularly described as:

1. 1 Each (45 CALIBER) Winchester-Western Rounds (7 ROUNDS);
2. SIG SAUER P230SL Handgun, SN: S065691;
3. 1 Each (380 CALIBER) UNKNOWN Rounds (15 ROUNDS) ;
4. LUGER, Model P08 9mm Pistol, SN: KU3315;
5. 1 Each (9 CALIBER) UNKNOWN Rounds (8 ROUNDS);
6. SPRINGFIELD ARMORY, GENESEO, IL, (30-06 CALIBER) M-l Rifle, SN: 5308186;
7. Enfield SMLE III, (30-30 CALIBER), Rifle, SN: H0035
8. MAUSER, Model 98 Rifle, SN: 16228;
9. MAUSER, Model P38 Handgun, SN: 4203B;
10. ARIZAGA, EUSEBIO, Model 99 Ritle, SN: 39468;
11. UNKNOWN MANUFACTURER, Model 1891 Rifle, SN; 01840;
12. MOSIN-NAGANT M- 91/30 (7.62 CALIBERI Rifle, SN: 9130-0575
13. SPRINGFIELD ARMORY, Model M-1911A1, .45 CAL1BER Handgun, SN: N367423;
14. 1 Each (45 CALIBER) American Ammunition Rounds (7 ROUNDS) ;
15. SPRINGFIELD ARMORY, GENESEO, IL ; Model M-1911Al Handgun, SN~ N382417
16. 1 Each (45 CAL!BER) Federal Rounds (9 ROUNDS)
17. REMINGTON ARMS CO., Model 870 Shotgun, SN: B518476M;
18. 1 Each (12 CALIBER) Remington Rounds (5 ROUNDS);
19. REMINGTON ARMS CO., Model 700 Rifle, SN: F6331102:
... ROUNDS) ;
29. Other Firearm Parts, One magazine .30 CALIBER;
30. Enfield, Model 1917, (30-06 CALIBER) Rifle, SN:16788;
31. 1 Bach (8 CAL1BER) UNKNOWN Rounds (5 ROUNDS);
32. MAUSER, Model M-48 (8 CALIBER) Rifle,: SN: A14119;
33. MOSIN-NAGANT, Model M-91/30 (762 CALIBER) Rifle, SN: 4K1 75 i
34. SPRINGFIELD ARMORY, GENESEO, IL MIA Rifle, SN: I65451i
35 NORTH CHINA INDUSTRIES SKS Rifle, SN: 1705023;
36. NORTH CHINA INDUSTRIES, Model SKS (762 CALIBER) Rifle, SN: H9483;
37. 1 Each (762 CALIBER) UNKNOWN Rounds (31 ROUNDS);
38. Other Firearm Parts, One 223 Caliber Magazine SN: NONE; and,
39. 1 Each (357 CALIBER) UNKNOWN Rounds (15 ROUNDS)

In order to avoid forfeiture of the Defendants, any person claiming an interest in the Defendants must file a claim asserting that interest, in the manner set forth in Rule C( 6) of the Supplemental Rules for Certain Admiralty and Maritime Claims, Federal Rules of Civil Procedure, except that such claim must be filed not later than 30 days after the date of service of the Complaint or, as applicable, not later than 30 days after the date of final publication or notice of the filing of the Complaint. In addition, any person having filed such a claim shall also file an Answer to the Complaint not later than 20 days after the filing of the claim, and shall serve and file the Claim and Answer to the Verified Complaint with the Office of the Clerk, United States District Court for the Middle District of Alabama 15 Lee Street, Montgomery, Alabama 36104, with a copy thereof sent to:

John T. Harmon
Assistant United States Attorney
Office of the United States Attorney
Middle District of Alabama
One Court Square, Suite 20T (36104)
Post Office Box 197
Montgomery, Alabama 36101-0197
(334) 223-7280.

Additional procedures and regulations regarding this forfeiture action are found at, Title 19, United States Code, Sections 1602-1619, and Title 21 Code of Federal Regulations (C.F.R.) Sections 1316.71-1316.81.

GARCIA, Model SLR-95, (762 CALIBER) Rifle, SN: AE370546;
21, 1 Each (762 CALIBER) UNKNOWN Rounds (27 ROUNDS);
22. Other Firearms Parts, SN: NONE; One 7x62 Caliber Magazine;
23. ARIZAGA, GASPAR, Model 38 Rifle, SN; 1284676;
24. MOSIN-NAGANT, Model M-39, (762 CALIBER) Rifle, SN; 86432/26274;
25. MAUSER, Model M-38 Rifle, SN: 704877:
26. REMINGTON ARMS CO. Model 1903 A3 (30-06 CALIBER) Rifle, SN: 4120853;
27. UNKNOWN MANUFACTURER M1 Carbine Rifle SN:7160060;
28. 1 Each (30 CALIBER) UNKNOWN Rounds (44

numbers 1316.71-1316.81.
All persons and entities who have an interest in the Defendants may, in addition to filing a claim or in lieu of the filing of a claim, submit a Petition for Remission or Mitigation of the forfeiture for a non-judicial determination of this action pursuant to 28 C.F.R. Part 9.

JESSE SEROYER, JR.
UNITED STATES MARSHAL
MIDDLE DISTRICT OF ALABAMA.
(Mont. Ind., Aug. 25, Sept. 1 & 8, 2005)