```
             IN THE UNITED STATES DISTRICT COURT
             FOR THE MIDDLE DISTRICT OF ALABAMA
                      NORTHERN DIVISION
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| PLAINTIFF, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 2:05cv525-W |
| | : | |
| TWENTY-FIVE FIREARMS AND | : | |
| VARIOUS AMMUNITION, | : | |
| | : | |
| DEFENDANT. | : | |

### THE UNITED STATES OF AMERICA'S MOTION TO STRIKE CLAIM

The United States of America (United States) hereby moves to strike the Claim filed by Tim Scott on the grounds that a claimant in a forfeiture case must file a claim, and that said claim must be signed by the claimant or his or her duly authorized agent, bailee, or attorney. Rule C(6) of the Supplemental Rules for Certain Admiralty and Maritime Claims.

A Memorandum in support of this motion is filed herewith.

Respectfully submitted this 2nd day of February, 2006.

> FOR THE UNITED STATES ATTORNEY
> LEURA G. CANARY
>
> /s/John T. Harmon
> John T. Harmon
> Assistant United States Attorney
> Bar Number: 7068-II58J
> Office of the United States Attorney
> Middle District of Alabama
> One Court Square, Suite 201 (36104)
> Post Office Box 197
> Montgomery, Alabama 36101-0197
> Telephone:(334) 223-7280
> Facsimile:(334) 223-7560

CERTIFICATE OF SERVICE

I hereby certify that on February 2, 2006, I electronically filed the foregoing Motion to Strike Claim with the Clerk of the Court using the CM/ECF system, and I hereby certify that I have mailed a copy of the Motion to Strike by United States Mail to the following non-CM/ECF participant:

Mr. Tim Scott
1004 South Bell Street
Apartment #2
Dothan, Alabama 36301.

/s/John T. Harmon
John T. Harmon
Assistant United States Attorney
Office of the United States Attorney
Middle District of Alabama
One Court Square, Suite 201 (36104)
Post Office Box 197
Montgomery, Alabama 36101-0197
Telephone:(334) 223-7280
Facsimile:(334) 223-7560
E-mail: John.Harmon@usdoj.gov
Bar Number: 7068-II58J