IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | 2:05-CV-525-WKW |
| TWENTY-FIVE FIREARMS AND VARIOUS AMMUNITION, | ) ) ) ) | |
| Defendant. | ) | |

**O R D E R**

For good cause, it is

ORDERED that claimant **TIM SCOTT**, who filed on September 9, 2005 an "objection" to the forfeiture (Doc 6), respond by February 24, 2006, to show any cause why the Court should not grant *The United States of America's Motion to Strike Claim*, filed on February 1, 2006, with a supporting memorandum (DOCS. 9, 10).

DONE this 10th day of February, 2006.

/s/ Delores R. Boyd
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE