IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| v. | ) | 2:05-CV-00525-WKW |
| | ) | WO |
| | ) | |
| TWENTY-FIVE FIREARMS AND | ) | |
| VARIOUS AMMUNITION, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER ON MOTION

By Order filed February 10, 2006, the court directed TIM SCOTT, a *pro se* claimant to the defendant currency ("Scott"), to respond not later than February 24, 2006, to show any cause why *The United States of America's Motion to Strike Claim,* filed on February 2, 2006, along with a supporting brief (Docs. 9 and 10) should not be granted. Claimant did not respond.

The "claim" asserted by Scott consists of one-sentence in a signed letter directed to the Clerk, dated September 2, 2005 (Doc. 6) :

" *I object to the forfeiture and hereby request a trial.*"

Citing Rule C(6) of the Supplemental rules for Certain Admiralty and Maritime Claims, along with 18 U.S.C. § 983(a)(4)(A, the United States highlights Scott's failure to file a properly verified claim notwithstanding advice from the United States on the applicable

requirements for filing a claim. Scott's claim "is not verified on oath or solemn verification . . . as required by the Supplemental Rules"; nor does it "satisfy applicable statutory standing requirements." (*Mem. Br.*, Doc. 10, at 2. ,citation omitted)

Because the *pro se* claimant received prior notice of the requirements for filing a claim to contest the United States' forfeiture petition, and has been afforded by this court ample opportunity to amend his claim to make it compliant, for this good cause, it is now

**ORDERED** that the United States' Motion to Strike Claim (Doc. 9) is GRANTED.

DONE THIS 28th day of February, 2006.

/s/ **Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE