IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| PLAINTIFF, | : |
| | : |
| v. | :  CIVIL ACTION NO. 2:05cv525-W |
| | : |
| TWENTY-FIVE FIREARMS AND | : |
| VARIOUS AMMUNITION, | : |
| | : |
| DEFENDANT. | : |

MOTION FOR DECREE OF FORFEITURE

Pursuant to the Federal Rules of Civil Procedure and Rule C(6) of the Supplemental Rules for Certain Admiralty and Maritime Claims, the United States of America (United States) moves this Court for entry of a Decree of Forfeiture. This Motion is supported by the Verified Complaint for Forfeiture In Rem, Warrant of Arrest In Rem, Letter/Claim from Tim Scott, and Order striking Scott's letter/claim. A proposed Decree of Forfeiture is submitted herewith.

Respectfully submitted this the 3rd day of March, 2006.

FOR THE UNITED STATES ATTORNEY
LEURA G. CANARY

/s/John T. Harmon
John T. Harmon
Assistant United States Attorney
Bar Number: 7068-II58J
Office of the United States Attorney
Middle District of Alabama
One Court Square, Suite 201
Montgomery, Alabama 36104
Telephone:(334) 223-7280
Facsimile:(334) 223-7560
E-mail: John.Harmon@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 3, 2006, I electronically filed the foregoing Motion for Decree of Forfeiture and proposed Decree of Forfeiture with the Clerk of the Court using the CM/ECF system. I further certify that I have mailed a copy of the Motion for Decree of Forfeiture by United States Mail to the following non-CM/ECF participant:

Mr. Tim Scott
1004 South Bell Street
Apartment #2
Dothan, Alabama 36301.

                         /s/John T. Harmon
                         John T. Harmon
                         Assistant United States Attorney
                         Office of the United States Attorney
                         Middle District of Alabama
                         One Court Square, Suite 201 (36104)
                         Post Office Box 197
                         Montgomery, Alabama 36101-0197
                         Telephone:(334) 223-7280
                         Facsimile:(334) 223-7560
                         E-mail: [John.Harmon@usdoj.gov](mailto:John.Harmon@usdoj.gov)
                         Bar Number: 7068-II58J